## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 562 - 3 | **DATE** | 7/24/08 |
| **CASE TITLE** | USA vs. Craig Smith | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Craigh Smith appears in response to arrest on 7/24/08. Defendant informed of his rights. The Court appoints J. Clifford Greene, Jr. as counsel for defendant Smith for initial appearance proceedings only. Defendant to remain in federal custody pending the detention hearing set for 8/4/08 at 10:00 a.m.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | rbf |
|---|---|---|