# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23  REV. 1/90

IN UNITED STATES  [X] MAGISTRATE  [ ] DISTRICT  [ ] APPEALS COURT or  [ ] OTHER PANEL (Specify below)

IN THE CASE OF: U.S. vs. Craig Smith  FOR N.D.IL  AT

FILED July 30, 2008
JUL 3 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PERSON REPRESENTED (Show your full name): CRAIG SMITH

1 [X] Defendant—Adult
2 [ ] Defendant—Juvenile
3 [ ] Appellant
4 [ ] Probation Violator
5 [ ] Parole Violator
[ ] Misdemeanor
6 [ ] Habeas Petitioner
7 [ ] 2255 Petitioner
8 [ ] Material Witness
9 [ ] Other (Specify)

LOCATION NUMBER:

DOCKET NUMBERS:
Magistrate: 08CR562-3
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box): 21 U.S.C. §846

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? [ ] Yes [X] No [ ] Am Self Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $_____
IF NO, give month and year of last employment. How much did you earn per month $_____
If married is your Spouse employed? [X] Yes [ ] No
IF YES, how much does your Spouse earn per month $ 2,000 (Approx)
If a minor under age 21, what is your Parents or Guardian's approximate monthly income $_____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? [ ] Yes [X] No
RECEIVED / SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $_____

**CASH**
Have you any cash on hand or money in savings or checking account [ ] Yes [X] No   IF YES, state total amount $_____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, other valuable property (excluding ordinary household furnishings and clothing)? [ ] Yes [X] No
IF YES, GIVE VALUE AND DESCRIBE IT
VALUE / DESCRIPTION

FILED
JUL 3 0 2008

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS:
[ ] SINGLE
[X] MARRIED
[ ] WIDOWED
[ ] SEPARATED OR DIVORCED
Total No. of Dependents: 0

List persons you actually support and your relationship to them:

MICHAEL T. MASON
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
|  |  | $ 0 | $ 0 |
|  |  | $ 0 | $ 0 |
|  |  | $ 0 | $ 0 |
|  |  | $ 0 | $ 0 |

I certify the above to be correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): Craig Smith   7/28/08

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.