**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                      Case Number:

United States v.                                                      08 CR 562 - 3
*Craig Smith*                                                         08cr 562-3

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CRAIG SMITH

FILED
July 30, 2008
JUL 3 0 2008

MICHAEL T. MASON
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

| NAME (Type or print) |
|---|
| STEVEN SHOBAT |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Steven Shobat |

| FIRM  Law Offices of Steven Shobat |
|---|

| STREET ADDRESS  53 West Jackson, Suite 1603 |
|---|

| CITY/STATE/ZIP  Chicago, IL 60604 |
|---|

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER (312) 353-2118 |
|---|---|
| 6194394 | |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X   NO ☐ |
|---|---|

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES X  NO ☐ |
|---|---|

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X  NO ☐ |
|---|---|

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES X    NO ☐ |
|---|

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐      APPOINTED COUNSEL X |