## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 562 - 3 | **DATE** | 8/4/2008 |
| **CASE TITLE** |  | USA vs. Craig Smith | |

**DOCKET ENTRY TEXT**

Detention hearing held.  Government's oral motion for detention of Craig Smith is granted without prejudice.  Defendant Smith is to remain in federal custody pending the continued hearing set for 8/12/08 at 11:00 a.m.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | rbf |
|---|---|---|