## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 562 - 3 | **DATE** | 8/12/08 |
| **CASE TITLE** | USA vs. Craig Smith | | |

**DOCKET ENTRY TEXT**

Status hearing held on 8/12/08.  Defendant to remain in federal custody pending the  detention hearing and preliminary examination hearing set for 8/26/08 at 11:00 a.m.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | rbf |
|---|---|---|