# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Morton Denlow | **Sitting Judge if Other than Assigned Judge** | Michael T. Mason |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 562 - 3 | **DATE** | 8/26/08 |
| **CASE TITLE** | USA vs. Craig Smith | | |

**DOCKET ENTRY TEXT**

Detention hearing held on 8/26/08. Defendant waives his right to a preliminary examination. Enter a finding of probable cause; Order defendant bound to the District Court for further proceedings. Defendant shall remain in custody without bond pending trial. Enter Detention Order.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | rbf |
|---|---|---|