# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

UNITED STATES OF AMERICA

v.

CRAIG SMITH

**FILED**
SEP 2 2008
September 2, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**WARRANT FOR ARREST**

CASE NUMBER: 08 CR 562

UNDER SEAL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Craig Smith_____
                                            Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

__ Indictment  __ Information  **X** Complaint  __ Order of court  __ Violation Notice  __ Probation Violation Petition

charging him or her with   (brief description of offense)

**conspiring with others to knowingly and intentionally possess with intent to distribute and to distribute a controlled substance, namely, in excess of one kilogram of a mixture and substance containing heroin, a Schedule I Narcotic Drug Controlled Substance;**

in violation of Title _____21_____ United States Code, Section(s) __846__

Morton Denlow
Name of Issuing Officer

_Signature: Morton Denlow_
Signature of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

Chicago, Illinois
July 16, 2008
Date and Location

_____
(By) Deputy Clerk

Bail fixed at $ _____ by _____
                                                Name of Judicial Officer

| **RETURN** | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |